## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Scott Johnston,<br><br>           Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>           Defendants. | NO. CV-24-00255-PHX-JJT (MTM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 19, 2024, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

April 19, 2024

                                              s/ Rebecca Kobza
                                   By   Deputy Clerk